# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-197-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHRISTOPHER PAUL KELLY,

    Defendant.

---

## INDICTMENT
26 U.S.C. § 7201

---

The Grand Jury charges that:

## COUNT 1
## 26 U.S.C. § 7201

1.    From 2006 through at least the middle of 2015, defendant CHRISTOPHER PAUL KELLY ("KELLY") was a resident of Colorado.

2.    From approximately 2003 through approximately 2009, defendant KELLY had an ownership interest in CDM dba Banctek Solutions, which was a merchant card service company that sold to vendors the ability to accept credit card payments.

3.    On or about July 16, 2007, defendant KELLY received from his accountant his U.S. Individual Income Tax Return, Form 1040, for the tax year 2006, to be filed with the Internal Revenue Service ("IRS").  This tax return reported a tax due and owing of $195,916 and an estimated tax penalty of $6,600.  Defendant KELLY did not file this tax

1

return with the IRS until on or about October 1, 2012, and did not pay the tax due and owing.

4. On or about February 1, 2012, defendant KELLY received from his accountant his U.S. Individual Income Tax Return, Form 1040, for the tax year 2007, to be filed with the IRS. This tax return reported a tax due and owing of $285,414 and an estimated tax penalty of $10,652.

5. On or about March 26, 2012, defendant KELLY filed this Form 1040 for the tax year 2007 with the IRS, but defendant KELLY did not pay the tax due and owing.

6. On or about April 15, 2013, defendant KELLY caused to be filed with the IRS his U.S. Individual Income Tax Return, Form 1040, for the tax year 2012. This tax return reported a tax due and owing of $16,766, but defendant KELLY did not pay the tax due and owing.

7. Between 2008 and the middle of 2015, despite his knowledge of this unpaid tax debt, defendant KELLY continued to purchase or lease expensive automobiles and rent expensive homes as his personal residence.

8. On or about March 20, 2008, defendant KELLY caused J.L. to purchase in J.L.'s name a Mercedes automobile for $80,346.19 even though the automobile was paid for, and used by, defendant KELLY.

9. From at least 2011 through at least the end of 2013, defendant KELLY operated Mile High Merchant Group, which was also a merchant card service company. In 2011, Company S, which did business with Mile High Merchant Group, paid residuals to Mile High Merchant Group in the amount of $102,978.

10. In approximately February 2012, Mile High Merchant Group became a "dba" of Imax Business Solutions Denver LLC ("IMAX"), and defendant KELLY became a member of IMAX with a 48% ownership interest. IMAX dba Mile High Merchant Group continued to operate as a merchant card service company.

11. On January 1, 2012, defendant KELLY sent a letter to Company S stating that KELLY and Mile High Merchant Group were "transferring and assigning all liabilities and assets to Imax Business solutions LLC and [K.T.] who is the sole managing member." In 2012 and 2013, Company S continued to do business with defendant KELLY through IMAX, and Company S paid IMAX residuals in the amount of approximately $184,406 and $137,043, respectively.

12. In or about October of 2011, after the IRS levied defendant KELLY's U.S. Bank account No. x-xxx-xxxx-4911, defendant KELLY discontinued making deposits into that account, causing the account to become overdrawn. US Bank closed the account approximately two months later.

13. From at least 2011 through at least the end of 2013, defendant KELLY used a bank account controlled by his girlfriend M.A. to deposit much of his income and pay many of their personal expenses.

14. Throughout 2012 and in January 2013, defendant KELLY caused a number of his personal expenses to be paid directly by an account held by Mile High Merchant Group, including rent on his personal residence, insurance, and credit card bills.

15. In approximately late 2014, defendant KELLY informally took over the lease of a Mercedes E350 from J.L. From late 2014 through at least the middle of

2015, defendant KELLY drove the Mercedes E350 and caused the monthly lease payments of $956 to be paid to J.L.  The Mercedes E350 remained registered to J.L. during this time.

16. From at least on or about July 16, 2007, and continuing until at least the middle of 2015, in the District of Colorado, defendant KELLY did willfully attempt to evade and defeat the payment federal income taxes due and owing by him for the tax years 2006, 2007 and 2012, plus statutory interest and penalties allowed by law, by committing and causing to be committed affirmative acts of evasion, including:

    a. In or about August of 2009, defendant KELLY cashed out the entire value of his Massachusetts Mutual Life Insurance account in the amount of $18,670.92, thereby removing the IRS's ability to place a levy on this asset.

    b. On or about December 8, 2009, defendant KELLY falsely told an IRS Revenue Officer, who had contacted KELLY about KELLY's unpaid taxes and unfiled tax returns, that KELLY did not know why the IRS did not have his 2006 tax return.

    c. On or about December 15, 2009, defendant KELLY falsely told an IRS Revenue Officer that KELLY's accountant would have KELLY's Form 1040 for 2005 and 2006 done by the next day.

    d. In or about June of 2010, defendant KELLY withdrew the $34,060.81 balance of his 401(k) account through Banctek Solutions held by John Hancock as the Trustee, thereby removing the IRS's ability to place a levy on this asset.

e. On or about January 1, 2012, defendant KELLY sent a letter to Client A of Mile High Merchant Group stating that KELLY and Mile High Merchant Group were "transferring and assigning all liabilities and assets to Imax Business solutions LLC and [K.T.] who is the sole managing member."

f. On or about January 25, 2012, defendant KELLY caused a check in the amount of $8,000 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

g. On or about March 6, 2012, defendant KELLY falsely told an IRS Revenue Officer that KELLY's most recent business was purchased by Mile High Merchant Group and that KELLY was now a W-2 employee for Mile High Merchant Group.

h. On or about March 8, 2012, defendant KELLY caused a check in the amount of $6,500 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

i. On or about May 9, 2012, defendant KELLY caused a check in the amount of $8,000 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

j. On or about June 27, 2012, defendant KELLY caused a check in the amount of $3,000 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

k. On or about July 19, 2012, defendant KELLY caused a check in the amount of $6,000 to be written on IMAX's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

l.  On or about August 6, 2012, defendant KELLY caused a check in the amount of $9,000 to be written on Mile High Merchant Group's bank account for the purpose of paying the rent for defendant KELLY's personal residence.

m. On or about October 19, 2012, defendant KELLY caused a check in the amount of $5,000 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

n. On or about October 19, 2012, defendant KELLY caused a check in the amount of $4,500 to be written on Mile High Merchant Group's bank account for the purpose of paying the rent for defendant KELLY's personal residence.

o. On or about October 25, 2012, defendant KELLY caused a Cashier's Check in the amount of $5,000 to be drawn on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

p. On or about November 9, 2012, defendant KELLY caused a check in the amount of $2,816 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

q. On or about November 12, 2012, defendant KELLY caused a check in the amount of $4,500 to be written on Mile High Merchant Group's bank account for the purpose of paying the rent for defendant KELLY's personal residence.

r.  On or about November 30, 2012, defendant KELLY caused a check in the amount of $1,500 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

s.  On or about December 14, 2012, defendant KELLY caused a check in the amount of $5,000 to be written on IMAX's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

t.  On or about November 1, 2013, defendant KELLY caused a check in the amount of $4,500 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

u.  On or about November 22, 2013, defendant KELLY caused a check from Mile High Merchant Group payable to KELLY in the amount of $4,500 to be deposited into an account controlled by his girlfriend M.A.

v.  On or about December 6, 2013, defendant KELLY caused a check in the amount of $2,000 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A.

w.  On or about December 23, 2013, defendant KELLY caused a check in the amount of $2,500 to be written on Mile High Merchant Group's bank account and deposited in an account controlled by KELLY's girlfriend M.A. All in violation of Title 26, United States Code, Section 7201.

8

                                          A TRUE BILL:

                                          <u>Ink signature on file in Clerk's Office</u>
                                          FOREPERSON

ROBERT C. TROYER
ACTING UNITED STATES ATTORNEY
s/<u> Pegeen D. Rhyne          </u>
By: Pegeen D. Rhyne
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
pegeen.rhyne@usdoj.gov