DEFENDANT:      Christopher Paul Kelly

YOB:            1966

COMPLAINT FILED?        _____ Yes      __X__ No

If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?      _____ Yes      __X__ No

OFFENSE(S):     COUNT 1: 26 U.S.C. § 7201: Tax Evasion

LOCATION OF OFFENSE:    Denver County, Colorado and elsewhere

PENALTY:        COUNT 1: NMT 5 years imprisonment, NMT 1 year supervised release, a $250,000 fine, and a $100 special assessment.

AGENT:          Mindy Wilgus
                Special Agent, IRS

AUTHORIZED BY:  Pegeen D. Rhyne
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less      ____ over five days      ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    ___ Yes      __X__ No