AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.   17-cr-197-WJM |
| | ) | |
| 1. CHRISTOPHER PAUL KELLY, | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ❐ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of Court

| Place: Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294 | Courtroom No.:   A501 |
|---|---|
| | Date and Time:   06/27/2017 2:00 pm |

This offense is briefly described as follows:
COUNT 1:  26 U.S.C. § 7201: Tax Evasion


Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.


Date:   06/07/2017

s/ A. Garcia Garcia Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

❐ Executed and returned this summons          ❐ Returned this summons unexecuted


Date:

*Server's signature*

*Printed name and title*