IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER PAUL KELLY,

        Defendant.

_____

NOTICE OF APPEARANCE
_____

        The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Mary Butterton
        MARY BUTTERTON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        mary.butterton@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on June 28, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Denise Rhyne, AUSA
    Email: Pegeen.Rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Christopher Paul Kelly        (via Mail)


                                  s/Mary Butterton
                                  MARY BUTTERTON
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  mary.butterton@fd.org
                                  Attorney for Defendant