**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    CHRISTOPHER PAUL KELLY,

      Defendant.

_____

**GOVERNMENT'S MOTION TO DISCLOSE**
**GRAND JURY MATERIALS UNDER SPECIFIED**
**CONDITIONS TO THE ATTORNEY FOR DEFENDANT**
**PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)**

_____

The UNITED STATES OF AMERICA, by and through Robert C. Troyer, Acting

United States Attorney for the District of Colorado, and Pegeen D. Rhyne, Assistant

United States Attorney, respectfully moves this Court for an Order allowing the

government to disclose copies of the transcript of testimony given by a witness before a

grand jury during the investigation of this case, and the accompanying exhibits, to the

attorney for the defendant under the conditions specified below.   As grounds for this

motion, the government says:

1.    During the course of the investigation which resulted in the indictment in

this case, one or more witnesses testified before the grand jury.

2.    Disclosure of grand jury material may be authorized pursuant to Rule

6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides that, "The court

may authorize disclosure–at a time, in a manner, and subject to any other conditions

that it directs–of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding . . . ."

3.      This case is a "judicial proceeding" and the requested disclosure is "in connection with" the proceeding.

4.      The government's understanding is that the usual practice of defense counsel in this district is not to provide the defendant with copies of grand jury materials, but instead to orally review the contents of such materials with them.   As the government understands it, this practice flows from the concern, shared by the government and based on past events in the district, that grand jury materials might otherwise be improperly distributed by defendants.   *See United States v. Jimenez*, 928 F.2d 356, 359-61 (10th Cir. 1991).

5.      Because of the nature of the materials sought to be disclosed, the timing of the contemplated disclosure, and the possibility of loss or dissemination of copies of the grand jury materials, the government would request that the Court further order that:

a.      Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

b.      Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of any Order allowing disclosure with the materials;

c.      Defense counsel provide the defendant with reasonable access to the grand jury materials, but that defense counsel not allow the defendant to retain copies of any grand jury materials;

d.      No person, other than defense counsel, make any copy of the

grand jury materials for any purpose; and

        e.      At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

      THEREFORE, the Government requests that the Court enter an Order pursuant to Rule 6(e)(3)(E)(i) allowing disclosure of a copy of the transcripts of testimony given by any witnesses before the grand jury, and accompanying exhibits, to the attorney for the defendant on the conditions described above.

ROBERT C. TROYER
Acting United States Attorney


By:*Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2017, I electronically filed the foregoing
G**OVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIALS UNDER
SPECIFIED CONDITIONS TO THE ATTORNEY FOR DEFENDANT PURSUANT TO
FED. R. CRIM. P. 6(e)(3)(E)(i)** with the Clerk of the Court using the CM/ECF which will
send notification of such to all CM/ECF participants in this matter.


*s/ Dee Boucher*
United States Attorney's Office