IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER PAUL KELLY,

    Defendant.

_____

**UNOPPOSED MOTION TO TRAVEL**
_____

    Mr. Christopher Kelly, by and through his attorney, Assistant Federal Public Defender Mary V. Butterton, respectfully moves this Court for permission to travel to Salt Lake City, Utah for work-related purposes on August 7 to 8, 2017. In support of this request Mr. Kelly states as follows:

    1.    Mr. Kelly is currently on bond on this case. Doc. Nos. 7 and 8. He is being supervised by Trisha Skalmusky of the U.S. Probation department.

    2.    As a condition of his bond, Mr. Kelly may not leave the judicial district without leave of the Court. *See* Doc. No. 8, Paragraph 7(f).

    3.    Mr. Kelly owns his own company as a distributor of credit card processing systems. He has a meeting with a client in Salt Lake City on Monday, August 7, 2017. He can return to the District of Colorado on August 8, 2017.

    4.    Undersigned counsel has conferred with Assistant U.S. Attorney Pegeen Rhyne, who has no objection to this request.

WHEREFORE, Mr. Kelly, through counsel, this Court for permission to travel to Salt Lake City, Utah on August 7-8, 2017.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Mary V. Butterton
Mary V. Butterton
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017 I electronically filed the foregoing

**UNOPPOSED MOTION TO TRAVEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, AUSA
    Email: Pegeen.Rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Christopher Kelly    (via Mail)
    Colorado Springs, CO   80920

    s/ Mary V. Butterton
    Mary V. Butterton
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant