IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER PAUL KELLY,

       Defendant.

## NOTICE OF DISPOSITION

The Defendant Christopher Paul Kelly, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are jointly requesting a Change of Plea date setting in December 2017.[1]

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/Mary Butterton
       MARY BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       mary.butterton@fd.org
       Attorney for Defendant

---

[1] Government Counsel is currently out of town until mid-November; counsel for both parties will be out of the office the week of November 20, 2017.

CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, AUSA
    Email: Pegeen.Rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    <u>Via U.S. Postal Service, regular mail</u>
    Christopher Paul Kelly
    9661 Sycamore Glen Trail
    Colorado Springs, CO 80920

    s/Mary Butterton
    MARY BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    mary.butterton@fd.org
    Attorney for Defendant