IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTOPHER PAUL KELLY,

      Defendant.

---

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
---

      Defendant Christopher Kelly, by and through undersigned counsel, respectfully requests that his sentencing hearing currently set for April 26, 2018 be continued for approximately 30 days. In support thereof, he states as follows:

      1.    On December 7, 2017 Mr. Kelly pled guilty to one count of a violation of 26 U.S.C. §7201, tax evasion. Docs. 22, 25. On that same day, the Court set a sentencing date of April 26. Doc. 24.

      2.    Undersigned counsel and U.S. Probation Officer Gary Kruck have scheduled Mr. Kelly's presentence interview twice; one was delayed by an unexpected requirement at Mr. Kelly's place of employment, and once because undersigned counsel's child was ill.

      3.    Because of these unexpected delays, Mr. Kelly's interview for the Presentence Investigation Report has not yet occurred; undersigned counsel and Mr. Kruck are working with to ensure this interview happens as soon as possible. However, with the deadlines for the PSIR

rapidly approaching, Mr. Kelly requests that the sentencing hearing be delayed to ensure Mr. Kruck can adequately follow up on information provided in the interview, including records retrieval and verification interviews.

4. Mr. Kelly would not be prejudiced by this request as he is currently released on bond. Doc. 7.

5. Undersigned counsel has contacted Assistant United States Attorney Pegeen Rhyne, who has indicated she does not oppose a continuance of 30 days or less.

WHEREFORE, Mr. Kelly respectfully requests that his sentencing hearing currently set for April 26, 2018 be continued for approximately 30 days and that parties be allowed to contact chambers to set a later date.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary.Butterton@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2018, I electronically filed the foregoing

      UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant United States Attorney
    Pegeen.Rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Via U.S. Postal Service, regular mail
    Christopher Kelly
    9661 Sycamore Glen Trail
    Colorado Springs, CO 80920

                                        s/Mary V. Butterton
                                        Mary V. Butterton
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Mary_Butterton@fd.org
                                        Attorney for Defendant