IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER PAUL KELLY,

        Defendant.

_____

## UNOPPOSED MOTION TO TRAVEL
_____

        Mr. Christopher Kelly, by and through his attorney, Assistant Federal Public Defender Mary V. Butterton, respectfully moves this Court for permission to travel to Las Vegas, Nevada for work-related purposes on April 17 to 20, 2018. In support of this request Mr. Kelly states as follows:

        1.     Mr. Kelly is currently on bond on this case. Doc. Nos. 7 and 8. He is being supervised by Trisha Skalmusky of the U.S. Probation department.

        2.     As a condition of his bond, Mr. Kelly may not leave the judicial district without leave of the Court. *See* Doc. No. 8, Paragraph 7(f).

        3.     Mr. Kelly owns his own company as a distributor of credit card processing systems. He has an annual conference, the Electronic Transaction Association Visa/Mastercard tradeshow, on April 17 through 20, 2018.

        4.     Undersigned counsel has conferred with Assistant U.S. Attorney Pegeen Rhyne, who has no objection to this request.

2

WHEREFORE, Mr. Kelly, through counsel, this Court for permission to travel to Las Vegas, Nevada on April 17 through 20, 2018.

                              Respectfully submitted,

                              VIRGINIA L. GRADY
                              Federal Public Defender

                              s/ Mary V. Butterton
                              Mary V. Butterton
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Mary_Butterton@fd.org
                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I electronically filed the foregoing

**UNOPPOSED MOTION TO TRAVEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen D. Rhyne, AUSA
    Email: Pegeen.Rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    <u>Via U.S. Postal Service, regular mail</u>
    Christopher Kelly
    9661 Sycamore Glen Trail
    Colorado Springs, CO 80920

    s/ Mary V. Butterton
    Mary V. Butterton
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant