IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER PAUL KELLY,

        Defendant.

_____

**UNOPPOSED MOTION TO TRAVEL**
_____

        Mr. Christopher Kelly, by and through his attorney, Assistant Federal Public Defender Mary V. Butterton, respectfully moves this Court for permission to travel to Fort Lauderdale, Florida for work-related purposes on May 16-18, 2018. In support of this request Mr. Kelly states as follows:

        1.     Mr. Kelly is currently on bond on this case. Doc. Nos. 7 and 8. He is being supervised by Trisha Skalmusky of the U.S. Probation department.

        2.     As a condition of his bond, Mr. Kelly may not leave the judicial district without leave of the Court. *See* Doc. No. 8, Paragraph 7(f).

        3.     Mr. Kelly owns his own company as a distributor of credit card processing systems. He has a meeting with a potential client set for May 17, 2018.

        4.     Undersigned counsel has conferred with Assistant U.S. Attorney Pegeen Rhyne, who has no objection to this request.

2

WHEREFORE, Mr. Kelly, through counsel, this Court for permission to travel to Las Vegas, Nevada on May 16 through 18, 2018.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Mary V. Butterton
Mary V. Butterton
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018 I electronically filed the foregoing

**UNOPPOSED MOTION TO TRAVEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, AUSA
Email: Pegeen.Rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

<u>VIA U.S. POSTAL SERVICE, regular mail</u>
Christopher Kelly
9661 Sycamore Glen Trail
Colorado Springs, CO 80920

                                             s/ Mary V. Butterton
                                             Mary V. Butterton
                                             Assistant Federal Public Defender
                                             633 17th Street, Suite 1000
                                             Denver, CO  80202
                                             Telephone:  (303) 294-7002
                                             FAX:  (303) 294-1192
                                             Mary_Butterton@fd.org
                                             Attorney for Defendant