### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER PAUL KELLY,

    Defendants.

_____

### GOVERNMENT'S OBJECTIONS TO THE
### PRESENTENCE REPORT [DOC. # 33]
_____

    The United States of America, by Assistant United States Attorney Pegeen D. Rhyne, hereby files the Government's Objections to the Presentence Report [Doc. # 33].

    In the Presentence Report, the Probation Officer recommends a variant sentence of 18 months based on the defendant's claim that he was defrauded of $4,000,000 in 2008. [Doc #33 at pg. 19]. This government objects to this recommendation.

    First, the government has not been able to confirm the defendant's claim about that he was defrauded. Second, even if the defendant's claim about this fraud is true, the defendant's criminal conduct began in 2007, which was before

the alleged fraud.  [*Id.* at ¶ 10].  Thus, the defendant's claim that the alleged fraud against him caused the instant offense is simply not accurate. Additionally, the defendant has continuously chosen to live well beyond his means instead of reducing his lifestyle in order to pay toward the taxes he owed. [*Id.* at ¶¶ 15, 52, & 67].  The alleged fraud does not mitigate this choice in any way.

For these reasons, the government objects to the Probation Officer's recommendation of a variant sentence of 18 months.  Instead, the government will be recommending a sentence that includes 24 months of incarceration.

Respectfully submitted this 15th day of June, 2018.

        ROBERT C. TROYER
        United States Attorney

        By:*s/Pegeen D. Rhyne*
        PEGEEN D. RHYNE
        Assistant U.S. Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0409 (fax)
        Pegeen.Rhyne@usdoj.gov
        Attorney for United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2018, I electronically filed the foregoing **GOVERNMENT'S OBJECTIONS TO THE PRESENTENCE REPORT [DOC. # 33]** using the CM/ECF system, which will send copies of such filing to all participants in this matter.

                                               *s/ Dee Boucher*
                                               United States Attorney's Office