## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. CHRISTOPHER PAUL KELLY,

   Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    the Government.

DATED at Denver, Colorado this 19th day of June, 2018.

    Martha A. Paluch
Name of Attorney

    United States Attorney's Office
Firm Name

    1801 California Street, Suite 1600
Office Address

    Denver, CO, 80202
City, State, ZIP Code

    303-454-0100
Telephone Number

    Martha.Paluch@usdoj.gov
Primary CM/ECF E-mail Address

Respectfully submitted this 19th day of June, 2018.

ROBERT C. TROYER
United States Attorney


By:     *s/Martha A. Paluch*
        MARTHA A. PALUCH
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0405
        E-mail: martha.paluch@usdoj.gov
        Attorney for the Government