IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00197-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER PAUL KELLY,

        Defendant.
_____

### OBJECTIONS/RESPONSE TO PRESENTENCE INVESTIGATION REPORT
_____

Mr. Christopher Kelly, by and through his attorney, Assistant Federal Public Defender Mary V. Butterton, hereby responds to the Presentence Investigation Report (Doc. 33).

### OBJECTIONS/CORRECTIONS NOT AFFECTING THE GUIDELINE CALCULATION

<u>Identifying Data</u>: Mr. Kelly is not of Hispanic origin.

<u>Paragraph 25</u>: This paragraph outlines the basis for Acceptance of Responsibility, including the history of Mr. Kelly as a victim of fraud. The outline characterizes one of Mr. Kelly's former clients as "changing back for broken merchandise." To clarify, that client, a restaurant supply wholesaler, was not providing its customers with the merchandise it sold to them, causing the customers to "charge back," through Mr. Kelly's company, the cost of the unprovided merchandise. This situation will be more fully explained in Mr. Kelly's forthcoming Sentencing Statement and Motion for Variant Sentence.

Paragraph 67: Mr. Kelly's health insurance is included in his net income, so the $643 expense should not be included as a monthly expense. Further, Mr. Kelly overestimated his average monthly grocery bill and now believes it to be approximately $600.

Sentencing Recommendation: In Doc. 34, the Government objected to the U.S. Probation Officer's sentencing recommendation of 18 months imprisonment. Mr. Kelly may also disagree with that recommendation, but submits his sentencing position would be most appropriately codified in a Sentencing Statement/Motion for Variant Sentence to be filed at a later date.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Mary V. Butterton
    Mary V. Butterton
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on June 19, 2018 I electronically filed the foregoing ***Objections/Response to Presentence Investigation Report*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

     Pegeen Rhyne, Assistant United States Attorney
     Email: Pegeen.Rhyne@usdoj.gov

     Martha Paluch, Assistant United States Attorney
     Email:  Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

     Christopher Kelly (*via* U.S. mail)

     s/ Mary V. Butterton
     Mary V. Butterton
     Assistant Federal Public Defender
     633 17th Street, Suite 1000
     Denver, CO  80202
     Telephone:  (303) 294-7002
     FAX:  (303) 294-1192
     Mary_Butterton@fd.org
     Attorney for Defendant