IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

───────────────────────────────────────────────────────────

Courtroom Deputy:  Deborah Hansen          Date:  July 11, 2018
Court Reporter:    Mary George             Probation: Gary Kruck
                                           Time: one hour and 54 minutes

───────────────────────────────────────────────────────────

Criminal Action No.  17-cr-00197-WJM       <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Martha Paluch

     Plaintiff,

v.

CHRISTOPHER PAUL KELLY,                    Mary Butterton

     Defendant.

───────────────────────────────────────────────────────────

## COURTROOM MINUTES
───────────────────────────────────────────────────────────

SENTENCING HEARING

02:03 p.m.    Court in Session

Appearances of counsel.

Defendant is present and on bond.

**ORDERED:**  The Government's oral motion pursuant to the Plea Agreement for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**  The defendant's Motion For Statutory Sentence [38] is GRANTED IN PART.

Court states its findings and conclusions.

**ORDERED:**  Defendant shall be imprisoned for 20 months as to the single count of the Indictment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a period of three years.

The defendant shall pay Restitution in the total amount of $929,098.39.

Interest on the Restitution amount is waived.

**ORDERED:**  Standard/Mandatory/Discretionary Conditions of Supervised Release, as stated on the record, including a $100.00 Special Assessment fee, to be paid immediately.

The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. It is therefore,

**ORDERED** that the defendant, Christopher Paul Kelly, surrender at the institution designated by the Bureau of Prisons on August 15, 2018 at 12:00 noon. In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

03:57  p.m.   Court in Recess
              Hearing concluded