IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:17-cr-00197-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHRISTOPHER PAUL KELLY

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant, CHRISTOPHER PAUL KELLY, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the FCI Florence Medium SCP, Florence, Colorado, on August 15, 2018, and will travel at his own expense.

      DATED at Denver, Colorado, this ___30th___ day of July, 2018.

BY THE COURT:

_____
William J. Martinez
United States District Judge