Case 1:17-cr-00197-WJM Document 49 Filed 04/25/19 USDC Colorado Page 1 of 1



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

LEGAL MAIL RECEIVED
COURTROOM
STAFF

RECEIVED UNOPENED

Time _____ Signature _____

DENVER CO 802
15 APR 19
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

17-cr-197-wjm
#48

neopost
04/15/2019
US POSTAGE $00.50⁰
ZIP 80294
041L11245087
FIRST-CLASS MAIL

Christopher Cox
#44474-0130
Florence Federal Prison Camp
P.O. Box 5000
Florence

NIXIE    808   FE 1
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 25 2019
JEFFREY P. COLWELL
CLERK